# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LAMAR HAVARD,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>GEORGE A. NEOTTI, Warden,<br><br>　　　　　　Respondent. | Case No. CV 11-0515-JAK (JEM)<br><br>**J U D G M E N T** |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: January 6, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE